IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:26-CR-00004-D-RN

UNITED STATES OF AMERICA

v.

MARTHA ZEFERINO JOSE et al.

**ORDER**

Upon motion of the United States and for good cause shown, it is hereby
ORDERED that Clerk of Courts shall seal Docket Entry 67.

DONE AND ORDERED this _5_ day of March, 2026.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

Case 4:26-cr-00004-D-RN    Document 81    Filed 03/05/26    Page 1 of 1